FILED
October 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      DT
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLEIDY PATRICIA ELIAS-PEREZ,<br><br>Defendant. | **Case No: EP:25-CR-02578-KC**<br>**I N D I C T M E N T**<br><br>**CT 1:** 8 U.S.C. § 1325 –<br>Improper Entry by Alien<br><br>**CT 2:** 50 U.S.C. § 797 –<br>Penalty for Violation of Security Regulations<br><br>**CT 3:** 18 U.S.C. § 1382 –<br>Entering Military Property |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 27, 2025, in the Western District of Texas, Defendant,

**CLEIDY PATRICIA ELIAS-PEREZ,**

an alien, who had previously been convicted of a violation of 8 U.S.C. § 1325, entered and attempted to enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1).

### COUNT TWO

On or about September 27, 2025, in the Western District of Texas, Defendant,

**CLEIDY PATRICIA ELIAS-PEREZ,**

willfully violated a defense property security regulation, issued by lawful authority on April 30, 2025, by the Senior Commander, U.S. Army Ft. Bliss, establishing a National Defense Area, and declaring the lands to be a Restricted Area of the Department of the Army comprising approximately 2,000 acres of land located along the southern border of the United States, by

accessing the designated Restricted Area which contained posted notice prohibiting unauthorized access, all in violation of Title 50, United States Code, Section 797.

## COUNT THREE

On or about September 27, 2025, in the Western District of Texas, Defendant,

**CLEIDY PATRICIA ELIAS-PEREZ,**

entered any military reservation, post, fort, arsenal, station, and installation, specifically, the National Defense Area created by lawful authority on April 30, 2025, by the Senior Commander, U.S. Army Ft. Bliss**,** establishing a National Defense Area, and declaring the lands to be a Restricted Area of the Department of the Army comprising approximately 2,000 acres of land located along the southern border of the United States, and said entry was for any purpose prohibited by law or lawful regulation, specifically, Title 8, United States Code, Section 1326(a), all in violation of Title 18, United States Code, Section 1382.

A TRUE BILL.

███████████████████████

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: 
Assistant U.S. Attorney

2